THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JACK OSHER, Appellant.

Argued April 17, 1941; decided May 22, 1941.

*Jacob W. Friedman* and *Harry A. Lieb* for appellant.

*Thomas E. Dewey, District Attorney* (*Whitman Knapp* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and FINCH, J.